**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bonnie C. Sato,<br><br>　　　　Plaintiff,<br>　v.<br><br>Wachovia Mortgage, FSB, et al.,<br><br>　　　　Defendants.<br>                                                             / | NO. C 11-00810 JW<br><br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |

　　　　Presently before the Court is Defendant Wachovia Mortgage's Motion to Remand Unlawful Detainer.[1] Defendant Wachovia Mortgage moves the Court to remand the Unlawful Detainer action removed by Plaintiff, on the grounds that: (1) the removed unlawful detainer does not constitute a federal question on its face; (2) the amount in controversy is less than $75,000; and (3) Plaintiff is a "local defendant" not entitled to remove. (Id. at 1-2.) Plaintiff has not yet filed an Opposition to this Motion.

---

[1] (Defendant Wachovia Mortgage's Notice of Motion and Motion to Remand Unlawful Detainer; Memorandum of Points and Authorities, Docket Item No. 17.)

Based on the papers submitted to date and the Court's own availability, the Court finds good cause to set an expedited briefing schedule. Accordingly, on or before **April 7, 2011**, Plaintiff shall file its Opposition to Defendant Wachovia Mortgage's Motion to Remand Unlawful Detainer.

Dated: April 4, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deepika Singh Saluja deepikas@bdfgroup.com
Edward A. Treder edwardt@bdftw.com
Nicole Rae Gallagher MsGallagherEsq@gmail.com
Robert Arthur Bailey rbailey@afrct.com
Yaw-Jiun Wu gwu@afrct.com

**Dated: April 4, 2011**                                **Richard W. Wieking, Clerk**

                                                        **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**