UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BONNIE C. SATO, an individual;<br><br>   Plaintiff,<br><br>   vs.<br><br>WACHOVIA MORTGAGE FSB; NDEX WEST LLC; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: CV11-0810-EJD<br><br>[Hon. Edward J. Davila]<br><br>**ORDER ON PLAINTIFF'S AND DEFENDANT WACHOVIA'S STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed Plaintiff's and Defendant Wachovia's Stipulated Request to Continue Case Management Conference, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference is Continued from August 12, 2011 at 10:00 a.m. to October 14, 2011 at 10:00 a.m. Joint CMC Statement due on or before October 7, 2011.

Date: ___July 18___, 2011

_____
HON. EDWARD J. DAVILA
United States District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**ORDER ON PLAINTIFF'S AND DEFENDANT WACHOVIA'S STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

*Served Electronically via Court's CM/ECF System:*

*Attorneys for NDeX LLC*
Edward Treder; Deepika S. Saluja
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
*Tel: 626.915.5714;Fax: 909.595.7640*

*Attorneys for Plaintiff*
Nicole R. Gallagher
Law Offices of Nicole R. Gallagher
4455 Morena Blvd., Suite 213
San Diego, California 92117
*Tel: 619.519.3667; Fax: 858.272.2874*

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **July 15, 2011.**

| Helene Saller | /s/ Helene Saller |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |

W:\LITIG\95451\000656\00194198.DOC

CASE NO. CV110810 EJD
CERTIFICATE OF SERVICE