UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BONNIE C. SATO, an individual;<br><br>              Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE FSB; WELLS FARGO BANK; NDEX WEST LLC; and DOES 1 through 50, inclusive;<br><br>              Defendants. | Case No. 5:11-cv-00810-EJD<br><br>ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

     The Court DENIES the parties stipulation to continued the Case Management Conference. The Case Management Conference remains on calendar as previously scheduled for October 14, 2011 at 10:00 AM.  A Joint Case Management Conference statement is due on or before October 7, 2011.  The Motion to Dismiss (Docket Item No. 41) remains on calendar as previously set for February 17, 2012 at 9:00 AM.

Dated: September 30, 2011

                                                    _____
                                                     United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

*Served Electronically via the Court's CM/ECF System:*

*Attorneys for NDeX LLC*

Edward Treder; Deepika S. Saluja
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
*Tel: 626.915.5714;Fax: 909.595.7640*

*Attorneys for Plaintiff*

Nicole R. Gallagher
LAW OFFICES OF NICOLE R. GALLAGHER
4455 Morena Blvd., Suite 213
San Diego, California 92117
*Tel: 619.519.3667; Fax: 858.272.2874*

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed at Pasadena, California, on September 29, 2011.

| Mark Betti | /s/ Mark Betti |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |